**No. 10-8769. Kurt Michael Danysh, Petitioner v. Robert Collins, Superintendent, State Correctional Institution at Frackville, et al.**

562 U.S. 1296, 131 S. Ct. 1699, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2246.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8770. Frederick Eldred Renneke, Petitioner v. Nebraska Department of Health and Human Services.**

562 U.S. 1296, 131 S. Ct. 1699, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2233.

March 21, 2011. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.

**No. 10-8773. Gloria Deanna Dickerson, Petitioner v. Mutual of America, et al.**

562 U.S. 1296, 131 S. Ct. 1699, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2375.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8777. Nicholas Schweitzer, Petitioner v. Jesse Williams, Warden.**

562 U.S. 1296, 131 S. Ct. 1700, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2307.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8780. Barry G. Lusk, Petitioner v. United States.**

562 U.S. 1296, 131 S. Ct. 1700, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2297.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 624.

**No. 10-8788. Farron Williams, Petitioner v. California.**

562 U.S. 1296, 131 S. Ct. 1700, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2381.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-8810. Keshel S. Coates, Petitioner v. Ron Natale, et al.**

562 U.S. 1296, 131 S. Ct. 1700, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2261.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 409 Fed. Appx. 238.

**No. 10-8813. Michael McInerney, Petitioner v. Don Helling, Warden, et al.**

562 U.S. 1296, 131 S. Ct. 1700, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2352.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 403 Fed. Appx. 162.